UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| LMK ENTERPRISES, INC. and LMK PIPE RENEWAL, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> PERMA-LINER INDUSTRIES, INC., METRO EQUIPMENT SERVICE, INC., POLY-TRIPLEX CONSTRUCTION SOLUTIONS, INC., and STEVEN CUDD, individually, <br><br> Defendants. | Civil Action No. 8:08CV811-EAK-MSS <br><br> Judge Elizabeth A. Kovachevich <br> Magistrate Judge Mary S. Scriven |

## CONSENT JUDGMENT AND INJUNCTION

Plaintiff LMK Enterprises, Inc., Plaintiff LMK Pipe Renewal, LLC, and Defendant Perma-Liner Industries, Inc. ("the parties") hereby consent to entry of judgment as follows:

1. The Court has jurisdiction over the parties and the subject matter of this dispute;

2. U.S. Patent No. 6,039,079 ("the '079 patent") is not invalid;

3. The '079 patent is not unenforceable;

4. Use of the Perma-Liner Inner Seal system, as shown and described in Exhibit A attached hereto, infringes at least claims 7, 8 and 9 of the '079 patent;

5. Defendant Perma-Liner and its officers, employees, agents and all persons in active concert or participation with them are enjoined, during the extant enforceable life of the '079 patent, from practicing without a license (and from causing, hereafter, any other entity to practice without a license) the method of using the Perma-Liner InnerSeal system, as shown and



EXHIBIT 3

described in the document attached hereto as Exhibit A or any colorable variation thereof that also infringes the '079 patent.

6. Each party shall bear its own costs, expenses and attorney fees.

7. This Court retains exclusive jurisdiction of this matter to enforce this Consent Judgment and Injunction.

IT IS SO ORDERED.

Dated: _____          _____
                                                    The Honorable Elizabeth A. Kovachevich
                                                    United States District Judge

Consented to by:

Plaintiff LMK Enterprises, Inc. and LMK Pipe Renewal, LLC
through their counsel

*/s/ Michael J. Colitz, III*
Stefan V. Stein
Trial Counsel
Florida Bar No. 300527
Michael J. Colitz, III
Florida Bar No. 164348
Woodrow H. Pollack
Florida Bar No. 026802
Holland & Knight LLP
100 N. Tampa Street
Suite 4100
Tampa, FL 33601-3644
Phone: 813-227-8500
Fax: 813-229-0134

Consented to by:

Defendant Perma-Liner Industries, Inc.
through its counsel

*/s/ William L. Dunker*
William L. Dunker
Greenberg Traurig
Courthouse Plaza
Suite 100
625 East Twiggs Street
Tampa, FL 33602
Phone: 813-318-5700
Fax: 813-318-5900

## CERTIFICATE OF SERVICE

      I hereby certify that on July 21, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that I mailed the foregoing document and notice of electronic filing to the following non-CM/ECF participants:

Jerry D'Hulster, Registered Agent
Perma-Linder Industries, Inc.
6196 126th Avenue North
Largo, Florida 33773

Jorge Luis Godoy, Registered Agent
Metro Equipment Service, Inc.
9425 Sunset Drive, Suite 225
Miami, Florida 33173

Michael Garavaglia, Registered Agent
Poly-Triplex Construction Solutions, Inc.
756 Beachland Boulevard
Vero Beach, Florida 32963

Steven Cudd
17000 North Bay Road #514
Sunny Isles, Florida 33160

    /s/ Michael J. Colitz, III
    Michael J. Colitz, III

# 5490136_v1