# InnerSeal System

PERMA-LINER'S INNERSEAL SYSTEM REPAIRS THE LATERAL/MAIN SEWER CONNECTION WITH A STRUCTURAL AND WATERTIGHT SEAL THAT EXCEEDS ASTM STANDARDS

WWW.PERMA-LINER.COM



PERMA-LINER INDUSTRIES, INC.

EXHIBIT A

# STEP 1: THE INNERSEAL™ LATERAL LINING TRAIN ASSEMBLY



Resin impregnated liner being attached to InnerSeal train assembly

A pre-manufactured, needle punched felt liner material made to match the geometry of the service connection is impregnated with a two-part 100% solids epoxy resin. The InnerSeal liner material is then positioned inside the carrier train exposing the InnerSeal connection brim.

# STEP 2: THE INNERSEAL™ TRAIN IS POSITIONED AT THE SERVICE CONNECTION



Train is attached to an articulating robot which will line up the main bladder with the service connection

A winch pulls the train through the mainline to the service connection to be repaired. An articulating robot precisely aligns the main bladder opening so that it is directly facing the service connection.

# STEP 3: THE SEALING PROCESS



Inner bladder inflates out of the main bladder, inverting the InnerSeal liner into the service connection

Air pressure pushes the InnerSeal into the service connection. The InnerSeal liner is inverted from the mainline into the service connection. The specially formulated resin is allowed to cure without adding heat.

# STEP 4: COMPLETION OF THE INSTALLATION

 

Completed watertight seal at the service connection showing the "T" fitting and cured liner

The inversion bladder is deflated and the positioning tool removed from the main line. Repair of the defective connection is complete. The process results in a watertight service connection seal and a structurally sound, solid connection with a minimum life expectancy of 50 years.

# INNERSEAL™ TECHNOLOGY

PERMA-LINER INDUSTRIES, INC. INTRODUCES THE NEW INNERSEAL™ CONNECTION SYSTEM. THIS SYSTEM WAS DESIGNED SPECIFICALLY FOR THE CONNECTION OF SERVICE LATERALS TO THE MAIN SEWER LINE. THIS PRODUCT UTILIZES THE SAME CIPP TECHNOLOGY AS LATERAL LINING AND POINT REPAIRS.

• • •

DESIGNED FOR MULTIPLE CONNECTION REPAIRS PER WORKDAY, THIS SYSTEM WORKS EFFECTIVELY WITH ALL TEE & WYE CONNECTIONS FROM 6" X 4" TO 36" X 12" CONNECTIONS. LATERAL LENGTHS AVAILABLE FROM 18 INCHES TO 50 + FEET.

• • •

ALL MATERIALS HAVE BEEN THIRD PARTY TESTED TO MEET ALL THE REQUIREMENTS OF ASTM F-1216 FOR USE IN SANITARY SYSTEMS.



InnerSeal Lateral Rehabilitation System

# U.S. PATENTS & ASTM STANDARDS

The InnerSeal™ System is covered by one or more of the following US Patents:

Patent Nos 5,108,533; 5,393,481; 5,624,629; 5,692,543; 5,706,861; 5,915,419; 5,927,341; 5,975,878; 6,001,212; 6,029,726; 6,044,867; 6,068,725; 6,146,491; 6,337,114; 6,520,719; and 6,899,832 and Patent Application No. SN 11/135,792

InnerSeal™ physicals exceed all applicable ASTM standards including ASTM F-1216-98

Flexural Modulus of Elasticity (psi)
250,000 - 355,000          D-790

Flexural Strength (psi)
4,500 - 9550               D-790

Tensile Strength (psi)
3,000 - 5500               D-638

Call Perma-Liner Industries Today: 1-866-336-2568





# INNERSEAL™ "TURN-KEY" TRAILERS



24 HOUR TECHNICAL SUPPORT
FROM PERMA-LINER™ INDUSTRIES, INC.

6196 126TH AVENUE NORTH
LARGO, FL 33773
866-336-2568 TOLL FREE
727-507-9749 INTERNATIONAL
727-507-9849 FAX