AO 120 (Rev. 3/04)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Middle District of Florida, Tampa__ on the following   X  Patents or   ☐ Trademarks:

| DOCKET NO.<br>8:08-cv-811-T-17MSS | DATE FILED<br>4/28/2008 | U.S. DISTRICT COURT<br>Middle District of Florida - Tampa Division |
|---|---|---|
| PLAINTIFF<br>LMK Enterprises, Inc.; LMK Pipe Renewal, LLC | | DEFENDANT<br>Perma-Liner Industries, Inc.; Metro Equipment Services, Inc.; Poly-Triplex Construction Solutions, Inc.; Steven Cudd |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | COMPLAINT SENT ON 04/29/08 |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |
|---|---|

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| SEE ATTACHED CONSENT JUDGMENT |

| CLERK<br>Sheryl L. Loesch | (BY) DEPUTY CLERK<br>s/A.VIZZA | DATE<br>07/24/08 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**