```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION
```

LMK ENTERPRISES, INC.,
and LMK PIPE RENEWAL,
LLC,

       Plaintiffs,

v.                          CASE NO.  8:08-CV-811-T-17TGW

PERMA-LINER INDUSTRIES,
INC.,

       Defendant.

_____/

## ORDER

This cause is before the Court on:

Dkt. 14 Motion to Show Cause and for Contempt Order

    A Consent Judgment and Injunction was entered in this patent infringement case on July 23, 2008 (Dkt. 7). The Court retained jurisdiction to enforce the Consent Judgment and Injunction. Plaintiffs now move for entry of an order to show cause why Defendant Perma-Liner Industries, Inc. should not be found in contempt of the Consent Judgment and Injunction, based on Defendant's non-compliance with the License Agreement for the subject patent, and Defendant's continued use and promotion of the infringing InnerSeal system. Plaintiffs allege the License Agreement terminated effective January 20, 2009. Plaintiffs seek an accounting of all infringing systems and liners sold or installed by Defendant, and an award of lost profits for those systems. Plaintiffs further request the award of treble damages pursuant to 35 U.S.C. Sec. 284, based on Defendant's intentional disregard for the '079 patent dond the Court's injunction.

Case No. 8:08-CV-811-T-17TGW

Plaintiffs further seek the award of attorneys fees, costs and interest in an amount of be determined, under 35 U.S.C. Secs. 284, 285.

After consideration, the Court grants Plaintiffs' request for issuance of an order to show cause. After receipt of a response to the Order to Show Cause, further proceedings will be scheduled. Accordingly, it is

**ORDERED** that Defendant Perma-Liner Industries, Inc. shall show cause why the Court should not find Defendant Perma-Liner Industries, Inc. in contempt of the Consent Judgment and Injunction(Dkt. 10), by filing a response to this Order to Show Cause within eleven days. Failure to file a response or request an extension of time may result in the entry of an adverse judgment.

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 6th day of November, 2009.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record