UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LMK ENTERPRISES, INC, et al.,

    Plaintiffs,

v.                              CASE No. 8:08-CV-811-T-17TGW

PERMA-LINER INDUSTRIES, INC.,

    Defendants.

_____

## CASE MANAGEMENT AND SCHEDULING ORDER

THIS CAUSE came on for consideration upon the Plaintiff's Unopposed Motion for Discovery (Doc. 28). Based upon the reasons set forth in the motion, the motion will be granted and a Case Management and Scheduling Order will be entered as requested.

It is, therefore, upon consideration

ORDERED:

That the Plaintiff's Unopposed Motion for Discovery (Doc. 28) be, and the same is hereby, **GRANTED** to the extent that limited discovery will commence as follows:

    1.    The parties' written discovery shall be served no later than **May 21, 2010**.

    2.    Discovery responses with responsive documents shall be

    served by **June 21, 2010**.

3.   Depositions will be completed by **July 21, 2010**.

4.   Discovery related motions must be filed no later than **July 30, 2010**.

6.   An evidentiary hearing on the Order to Show Cause (Doc. 16) is set for **August 27, 2010, at 2:30 p.m.,** Courtroom 12A, United States Courthouse, 801 North Florida Avenue, Tampa, Florida. The parties may file supplemental memoranda at least 5 days prior to the evidentiary hearing.

DONE and ORDERED at Tampa, Florida this 17th day of May, 2010.

*[signature]*

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE