UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## (AMENDED) CLERK'S MINUTES - CIVIL GENERAL

CASE NO. 8:08-CV-811-T-17TGW              DATE: AUGUST 27, 2010

TITLE: LMK ENTERPRISES, et al. -v- PERMA-LINER INDUSTRIES

TIME: 2:42 - 3:49

Honorable THOMAS G. WILSON
Tape: Digital                                         Courtroom 12A
Court Reporter: Bill Jones                 Deputy Clerk: Carrie Williams

Attorneys for Plaintiffs:      Jeffrey Harty, Bradley Powers, Kurt Van Thomme, Michael Colitz, III

Attorneys for Defendant:    Suzette Marteny, Edmund Gegar

## PROCEEDING: EVIDENTIARY HEARING (Show Cause)

Court convened: court state posture of case and matter of proceeding; statement and presentation by defendant (2:49); response by plaintiffs. Summarized as: principle change is 2-piece system that has a black outer bladder that is separately inflated, that has a yellow bladder that goes into the lateral sewer pipe. that goes underneath the outer bladder, and it is inflated later after the outer bladder is inflated: each has its own air source. The old product did not. Additionally, it is not as heavy–duty material because the inner part that goes along the main sewer line does not expand under the air pressure. The black bladder compresses the inner bladder, which is expanded first; then the air goes through the inside under the delivery system and forces the lateral bladder up.

Court will send a findings of fact (no conclusions of law). IF Judge Kovachevich authorizes comments on legal significance, it might be beneficial. There may be a shorter time given for responses or memoranda. Notebook submitted by plaintiffs ( Plaintiffs' Exhibits 1-14) –admitted. Defendant's Exhibits 1A and 1 B (main liner and lateral liner), Exhibit 2 will be old line (orange)–admitted.