FILED

# NOTIFICATION OF EXHIBITS TO EXHIBIT CLERK

10 SEP 2 AM 10: 08

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

CASE NO: 8:08-CV-811-T-17TGW

CASE STYLE: LMK ENTERPRISES v. PERMA-LINER

DEFENDANT'S:
(criminal cases only)

DATE EXHIBITS PLACED IN THE EXHIBIT ROOM: 9/2/10

TYPE OF HEARING   ☐ Motion hearing  ☑ Evidentiary hearing

☐ Change of Plea  ☐ Sentencing

☐ Jury Trial  ☐ Bench Trial

☐ Other (Type of hearing)

Total Number of Folders: 2

Boxes: (Actual Long Tubing) 1

Envelopes: (notebook) 1

COURTROOM DEPUTY: Carrie A. Williams

Please file stamp and place in Jeanne Hueting's box.