UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LMK ENTERPRISES, INC.
et al.,

    Plaintiffs,

v.                        CASE NO. 8:08-CV-811-T-17TGW

PERMA-LINER INDUSTRIES,
INC.,m

    Defendant.

_____/

ORDER

This cause is before the Court on:

    Dkt. 14    Motion to Show Cause and For
                   Contempt Order
    Dkt. 50    Memorandum
    Dkt. 56    Order

In the Motion to Show Cause and For Contempt Order, Plaintiffs, Plaintiffs requested the award of lost profits of $1,641.00 for each infringing unit sold, including pre-Injunction sales. Plaintiffs sought an accounting as to lost profits from post-Injunction sales. Plaintiffs also request that the Court treble damages pursuant to 35 U.S.C. Sec. 284, and that the Court award attorney's fees, costs and interest (Dkt. 14).

In Plaintiffs' Memorandum Concerning the Legal Significance of Factual Findings, Plaintiffs state that Defendant's post-termination use sales and support of the admittedly infringing InnerSeal System are clearly contemptuous as Defendant continued supporting and selling materials for the enjoined system despite the termination of the license. Plaintiffs renew the request for

Case No. 8:08-CV-811-T-17TGW

an Order finding Defendant in contempt, requiring immediate cessation of any sales of either version of the InnerSeal System, an accounting of the contemptuous sales, and the award of treble damages and reasonable attorney's fees due to Defendant's willful disregard of the '079 patent and the Court's injunction.

The Court has determined that Defendant Perma-Liner Industries, Inc.'s sales of the infringing InnerSeal system and modified InnerSeal system after the termination of the license in January, 2009 are in contempt. (Dkt. 56). The Court therefore grants Plaintiffs' request for an Order requiring the immediate cessation of any sales of either version of the InnerSeal System. The Court directs the parties to confer and make arrangements to complete an accounting of Defendant's sales within thirty days. Plaintiffs shall submit a memorandum for the award of sanctions within thirty days, including all amounts for lost profits, interest, attorney's fees and costs, and Defendant shall respond within fourteen days. Accordingly, it is

**ORDERED** that Defendant Perma-Liner Industries, Inc. **shall immediately cease** the sale of either version of the InnerSeal System. The Court **directs** the parties to confer and make arrangements to complete an accounting of Defendant's sales within thirty days. Plaintiffs **shall submit** a memorandum for the award of sanctions within thirty days, and Defendant **shall respond** within fourteen days.

Case No. 8:08-CV-811-T-17TGW

**DONE AND ORDERED** in Chambers, in Tampa, Florida on this 14th day of October, 2010.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record