**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LMK ENTERPRISES, INC. and
LMK PIPE RENEWAL, LLC,

       Plaintiffs,                     Case No. 8:08-CV-00811-EAK-TGW

v.

PERMA-LINER INDUSTRIES, INC.,

       Defendant.
_____/

**NOTICE OF APPEAL**

Notice is hereby given that Defendant, Perma-Liner Industries, Inc., hereby appeals to the United States Court of Appeals for the Federal Circuit from (i) the Order granting Plaintiffs' Motion for Contempt Order entered in this action on September 30, 2010; and (ii) the Order directing Perma-Liner Industries, Inc. to immediately cease the sale of either version of the InnerSeal System, entered in this action on October 14, 2010.

[*Attorney Signature Block Appears on the Following Page*]

Dated:  October 22, 2010    Respectfully submitted,

*/s/ Allison M. Gluvna*
Suzette Marteny
   Fla. Bar No. 668591
   *smarteny@bayshorelawgroup.com*
BAYSHORE LAW GROUP, PLLC
400 N. Ashley Drive
Suite 2010
Tampa, FL 33602
(813) 225-1100 (telephone)
(813) 225-1108 (facsimile)

*Lead Counsel for Defendant*
*Perma-Liner Industries, Inc.*

*– and –*


Richard J. Mockler
   Fla. Bar No. 563986
   *richard@mocklerlaw.com*
Allison M. Gluvna
   Fla. Bar No. 041075
   *allison@mocklerlaw.com*
RICHARD J. MOCKLER, P.A.
305 S. Magnolia Ave.
Tampa FL 33606
(813) 443-4634 (telephone)
(813) 413-7631 (facsimile)

*Co-Counsel for Defendant*
*Perma-Liner Industries, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 22, 2010, the foregoing was electronically filed with the Clerk of Court via the CM/ECF system, which will send a notice of electronic filing to counsel of record.

> */s/ Allison M. Gluvna*
> Allison M. Gluvna